# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JALVARS, INC., et al.,<br><br>　　　　　Defendants. | Case No.  1:21-cv-00284-NONE-SAB<br><br>ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING<br><br>(ECF No. 8) |

This action was filed on February 26, 2021.  (ECF No. 1.)  On April 8, 2021, the parties submitted a stipulation agreeing to allow all Defendants until May 5, 2021, to file a responsive pleading in this action.  (ECF No. 8.)  The Court finds good cause to approve the request based on the parties' proffered reason of continuing good faith settlement efforts.

Accordingly, IT IS HEREBY ORDERED that the deadline for Defendants to file a responsive pleading shall be extended until May 5, 2021.

IT IS SO ORDERED.

Dated:   **April 9, 2021**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE